# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:04CR00009-001 |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **TRADON MARQUEZ DRAYTON,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C.A. § 2255 (ECF No. 602), is hereby DENIED without prejudice as successive and a Certificate of Appealability is DENIED, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right.

ENTER: March 11, 2014

/s/ James P. Jones
United States District Judge